Stephen C. McArthur (State Bar No. 277712)
stephen@smcarthurlaw.com
Valerie McConnell (State Bar No. 274159)
valerie@smcarthurlaw.com
THE MCARTHUR LAW FIRM PC
11400 W. Olympic Blvd. Ste. 200
Los Angeles CA 90064
Telephone: (323) 639-4455

Attorneys for Plaintiff,
Mike Sarieddine

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE SARIEDDINE,<br><br>**Plaintiff,**<br><br>v.<br><br>ALIEN VAPOR ENTERPRISES, LLC, a Florida limited liability company; and GLENN POLACEK, an individual,<br><br>**Defendant.** | Case No. 2:18-cv-3297-CAS-AGR<br><br>**DECLARATION OF STEPHEN MCARTHUR IN SUPPORT OF PLAINTIFF'S MOTION TO SERVE DEFENDANT GLENN POLACEK BY MAIL** |

I, STEPHEN MCARTHUR, declare as follows:

1. I am an attorney at law, duly admitted into practice before all courts for the State of California. I am an attorney with The McArthur Law Firm, P.C., counsel for Plaintiff Mike Sarieddine ("Plaintiff"). I make this Declaration in support of Plaintiff's Motion to Serve Defendant Glenn Polacek By Mail. The matters set forth herein are of my own personal knowledge, and if called upon to testify as to such matters, I could and would do so.

2. Plaintiff retained Courtesy Process Servers Miami, licensed process servers in the state of Florida, where Mr. Polacek resides, to serve him personally at his last known address of record. As set forth in the affidavit of Rebecca Boymer of Courtesy Process Servers Miami, Ms. Boymer attempted to serve Mr. Polacek personally at his address of record on nine different occasions. A true and correct copy of Ms. Boymer's affidavit is attached as **Exhibit 1**.

3. The address of record for Mr. Polacek is 1014 Greenturf Road, Spring Hill, Florida 34608. This is the address for Mr. Polacek's residence according to the Florida Department of Law Enforcement. A true and correct copy of the record from the Florida Department of Law Enforcement's website, which shows the foregoing address as the current residential address for Mr. Polacek, is attached as **Exhibit 2**. I last accessed this website on July 24, 2018.

4. The Florida Division of Corporations lists Mr. Polacek as the "authorized person" for Alien Vapor Enterprises, LLC, the other defendant in this lawsuit. Alien Vapor Enterprises, LLC has already appeared in this case and filed an answer. This record from the Florida Division of Corporations shows that Mr. Polacek can be contacted at 1014 Greenturf Rd. Spring Hill, Florida 34608. A true and correct copy of this record from the Florida Division of Corporations is attached as **Exhibit 3**.

//

//

//

1    I declare under penalty of perjury under the laws of the State of California

2  that the foregoing is true and correct.

3    Executed on July 24, 2018, at Los Angeles, California.

4

5                    */s/ Stephen McArthur*
                    Stephen McArthur
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MCARTHUR DECL. ISO MOTION SERVE
DEFENDANT GLENN POLACEK BY MAIL
Case No. 2:18-cv-3297-CAS-AGR

# EXHIBIT 1

## RETURN OF NON-SERVICE

### UNITED STATES DISTRICT COURT
### Central District of California

Case Number: 17-CV-08342

Plaintiff:
**MIKE SARIEDDINE, an individual,**

vs.

Defendant:
**DOWNTOWN VAPES, LLC, a Florida limited liability company; and DOES 1 through 10, inclusive,**


JGS2018000849

For:
Stephen Charles McArthur, Esquire
The McArthur Law Firm PC
400 Corporate Pointe
3rd Floor
Culver City, CA 90230

Received by COURTESY FLORIDA PROCESS SERVERS on the 20th day of April, 2018 at 5:00 pm to be served on **Glenn Polacek, 1014 Greenturf Road, Spring Hill, FL 34608.**

I, Rebecca Boymer, do hereby affirm that on the **17th day of July, 2018** at **10:16 am, I:**

**NON-SERVED** the **SUMMONS IN A CIVIL ACTION AND COMPLAINT** for the reason that I failed to find **Glenn Polacek** or any information to allow further search.  Read the comments below for further details.

**Additional Information pertaining to this Service:**
4/24/2018  5:43 pm  Attempted Service. garage door was open, lights on inside, packages on front porch with Subject's name on it. No one answer the door.
4/26/2018  1:41 pm  Attempted Service. No one answer the door.
4/28/2018  9:50 am  Attempted Service. No one answer the door.
5/2/2018  7:05 pm  Attempted Service.Garage door was open, lights on inside. No one answer the door.
5/3/2018  11:57 pm  Attempted Service. No one answer the door.
5/9/2018  9:03 pm  Attempted Service. No one answer the door. Lights on.
5/12/2018  8:13 am  Attempted Service. No one answer the door.
5/15/2018  2:16 pm  Attempted Service. No one answer the door.
5/17/2018  10:16 am  Attempted Service. No one answer the door.

I certify that I am not a party to the above action and over age eighteen. The server is certified in the county where the process was served and in good standing with the said court. I also certify that service was made in accordance with Florida Statutes 48.031 and Florida R.C.P. (C) and Rule 4 (C), 50 U.S.C and section 520 F.T. Sec.

Under penalty of perjury, I declare that I have read the foregoing Verified Return of Service and that the facts stated in it are true. F.S. 92.525 (2

R B

**Rebecca Boymer**
91615-2

**COURTESY FLORIDA PROCESS SERVERS**
**Payment Center**
**P.O. Box 40-3621**
**Miami Beach, FL 33140**
**(888) 319-3160**

Our Job Serial Number: JGS-2018000849

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V7.2p

# EXHIBIT 2

07/05/2018                                                                        Page 1 of 2

## Florida Department of Law Enforcement - Sexual Offender / Predator



**GLENN JOSEPH POLACEK**
**Date of Image : 12/28/2017**

| Primary Information | |
|---|---|
| Designation : | Sexual Offender |
| Name : | GLENN JOSEPH POLACEK |
| Status : | Released - Subject to Registration |
| Dept of Correction# : | Not Available |
| Date Of Birth : | 12/18/1971 |
| Race : | White |
| Sex : | Male |
| Hair : | Brown |
| Eyes : | Brown |
| Height : | 5'09" |
| Weight : | 270 lbs |

GLENN JOSEPH POLACEK is registered as a Sexual Offender. Positive identification cannot be established unless a fingerprint comparison is made.

| Aliases |
|---|
| GLENN J POLACEK, GLEN JOSEPH POLACEK |

| Scars, Marks & Tattoos | | |
|---|---|---|
| **Type** | **Body Location** | **Count** |
| Scar | Stomach | 1 |

| Address Information | | |
|---|---|---|
| **Address** | **Address Source information** | **Map Link** |
| 1014 Greenturf Rd Spring Hill, FL 34608-8486 Hernando County | Source: REG Received Date: 06/15/2010 Address Type: Permanent | N/A |

| Crime Information - Qualifying Offenses | | | | |
|---|---|---|---|---|
| **Adjudication Date** | **Crime Description** | **Court Case Number** | **Jurisdiction & State** | **Adjudication** |
| 09/29/2000 | SEX OFFENSE, OTHER STATE (INVOLUNTARY DEVIATE SEXUAL INTERCOURSE) | 499/00 | Luzerne,  PA | Guilty/convict |

| Victim Information | |
|---|---|
| **Gender** | **Minor** |
| Male | Yes |

| Vehicle Information | | | | | |
|---|---|---|---|---|---|
| **Vehicle Make** | **Vehicle Type** | **Vehicle Color** | **Vehicle Year** | **Vehicle Body** | **Tag Number** |
| FORD | AUTO | WHITE | 1974 | VAN | GF650S |

07/05/2018

| CHEVROLET | AUTO | TURQUOISE | 1991 | 2 DOOR | XWD04C |
| LINCOLN | AUTO | WHITE | 2004 | 4 DOOR | 839LK |

| Vessel Information | | | | | | |
|---|---|---|---|---|---|---|
| Vessel Make | Vessel Type | Vessel Color | Motor Type | Hull Material | Vessel Year | Registration Number |
| No registered/owned vessel information on file for this subject | | | | | | |



Link to FDLE



Subject's Flyer

If further information is needed, please contact the Florida Department of Law Enforcement EIS-MPOR Offender Registration and Data Management at (1-888-357-7332) between the hours of 8:00am and 5:00pm, Monday through Friday.
Positive identification cannot be established unless a fingerprint comparison is made.
Any person who misuses public records information relating to a sexual predator, as defined in this section, or a sexual offender, commits a misdemeanor of the first degree. Please see 775.21(10)(c) for more information.

# EXHIBIT 3



Department of State / Division of Corporations / Search Records / Search by Entity Name /

# Detail by Entity Name

Florida Limited Liability Company
ALIEN VAPOR ENTERPRISES, L.L.C.

**Filing Information**

| | |
|---|---|
| **Document Number** | L13000057953 |
| **FEI/EIN Number** | 46-2596046 |
| **Date Filed** | 04/19/2013 |
| **State** | FL |
| **Status** | ACTIVE |

**Principal Address**

18819 Sakera Road
Hudson, FL 34667

Changed: 04/14/2015

**Mailing Address**

1014 GREENTURF ROAD
SPRING HILL, FL 34608

Changed: 04/14/2015

**Registered Agent Name & Address**

UNITED STATES CORPORATION AGENTS, INC.
13302 WINDING OAKS COURT
SUITE A
TAMPA, FL 33612

**Authorized Person(s) Detail**

**Name & Address**

Title AMBR

POLACEK, GLENN
1014 GREENTURF ROAD
SPRING HILL, FL 34608

**Annual Reports**

| Report Year | Filed Date |
|---|---|
| 2016 | 02/03/2016 |
| 2017 | 01/07/2017 |
| 2018 | 03/31/2018 |

**Document Images**

| | |
|---|---|
| 03/31/2018 -- ANNUAL REPORT | View image in PDF format |
| 01/07/2017 -- ANNUAL REPORT | View image in PDF format |
| 02/03/2016 -- ANNUAL REPORT | View image in PDF format |
| 04/14/2015 -- ANNUAL REPORT | View image in PDF format |
| 05/02/2014 -- ANNUAL REPORT | View image in PDF format |
| 04/19/2013 -- Florida Limited Liability | View image in PDF format |