# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE SARIEDDINE,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ALIEN VAPOR ENTERPRISES, LLC, a Florida limited liability company, and GLENN POLACEK, an individual,<br><br>　　　　Defendants.<br><hr>ALIEN VAPOR ENTERPRISES, LLC, a Florida limited liability company,<br><br>　　　　Counterclaimant,<br><br>　　vs.<br><br>MIKE SARIEDDINE, an individual,<br><br>　　　　Counterdefendant. | Case No. 2:18-cv-03297-CAS-AGRx<br><br>**[PROPOSED] ORDER GRANTING STIPULATED PERMANENT INJUNCTION BETWEEN PLAINTIFF AND DEFENDANTS**<br><br>Case Filed:　April 19, 2018<br>Judge:　　　Hon. Christina A. Snyder |

On February 11, 2019, Plaintiff and Defendants filed a Stipulated Permanent Injunction.

[PROPOSED] ORDER
(CASE NO. 2:18-cv-03297-CAS-AGR)

**AFTER FULL CONSIDERATION** of the Stipulated Injunction, and good cause appearing therefor, the Stipulation is GRANTED.

**THEREFORE, IT IS HEREBY ORDERED THAT**

Defendants are enjoined in accordance with the Stipulated Permanent Injunction filed on February 11, 2019.

ENTERED this 12th day of February, 2019.

*Christina A. Snyder*
───────────────────────────
Hon. Christina A. Snyder
United States District Judge